UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FIRST BANK & TRUST                                    CIVIL ACTION

VERSUS                                                NO.  06-2847

HERITAGE MEDIA GROUP, INC.
and CHARLES B. WALKER                                 SECTION "B" (3)

* * * * * * * * * * * * * * * * * * *

## O R D E R

This matter came before the Court on the Call Docket this day to show cause why defendant, Heritage Media Group, Inc., should not be dismissed for plaintiff's failure to prosecute.

The Court was informed that defendant, Heritage Media Group, Inc., initiated a Chapter 7 proceeding in United States Bankruptcy Court for the Northern District of Texas styled as *In Re: Heritage Media Group,* Case No. 06-32591-7.  Accordingly,

IT IS ORDERED that the captioned action shall be STAYED indefinitely.  IT IS FURTHER ORDERED that this case is ADMINISTRATIVELY CLOSED for statistical purposes, without prejudice to the parties' right to reopen the case within thirty (30) days of the conclusion of the bankruptcy proceeding.

New Orleans, Louisiana, this the   29th   day of   November  , 2006.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE